STATE OF NEW JERSEY v. JOSEPH KIDD.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL LUCIANO.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DORIS ANN WILTSEY.

July 21, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS TILLEY.

July 21, 1982.

Petition for certification denied.